JOHN GASS, as Trustee of All Parties Interested in the Estate of IGNATZ GASS, Deceased, Respondent, v. ANNA R. WINTER, Appellant.

*Gass* v. *Winter*, 160 App. Div. 914, affirmed.

(Argued December 13, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action on an alleged agreement of settlement. The complaint sets forth the incompetency of one Ignatz Gass, the appointment of Frank A. Gass as committee, his

giving a bond for the faithful performance of his duty as committee, which was executed by Simon Adolf and the defendant Anna R. Winter, as sureties, conditioned for the faithful performance by Frank A. Gass of his duty as such committee; that during his committeeship said Frank A. Gass converted and misappropriated $25,658.47 of the estate which had come into his hands as such committee prior to the decease of Ignatz Gass, said incompetent; that Ignatz Gass, said incompetent, died in 1898, leaving a last will and testament in and by which he nominated Frank A. Gass as executor thereof. Thereafter said Frank A. Gass was appointed as executor under said will and duly qualified and entered upon the performance of his duty; that on or about December 24, 1901, an agreement was made between the parties to this action in and by which the defendant agreed to pay $7,200 in settlement of her obligation to the estate of Ignatz Gass.

*Charles W. Strong* for appellant.

*Nathaniel W. Norton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.